IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN CHISM,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **STATE FARM FIRE AND** | : | |
| **CASUALTY COMPANY,** | : | |
| *Defendant.* | : | **NO. 22-00885** |

# O R D E R

**AND NOW,** this **21st** day of **September 2022**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 19), Plaintiff's Response in Opposition (ECF No. 21), and Defendant's Reply (ECF No. 22), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**